IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMY TALLANT,                    )
                                )
          Plaintiff,            )       8:06CV688
                                )
     v.                         )
                                )
UNMC PHYSICIANS, f/k/a          )       ORDER
UNIVERSITY MEDICAL ASSOCIATES,  )
BAKER PLACE CLINIC,             )
                                )
          Defendant.            )
_____)
```

This matter is before the Court on the discovery stipulation (Filing No. 26). The Court finds said stipulation should be adopted. Accordingly,

IT IS ORDERED:

1) The discovery stipulation is adopted; the parties agree not to raise any objection based on NECivR 33.1(b) or 33.1(c) to interrogatories served prior to the date of that stipulation. The stipulation will not affect the right of any party to raise other technical or substantive objections to discovery.

2) Defendant's responses to plaintiff's amended first set of interrogatories and requests for production are due on April 14, 2007.

DATED this 20th day of March, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court