IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMY TALLANT,                   )
                               )
          Plaintiff,           )       8:06CV688
                               )
     v.                        )
                               )
UNMC PHYSICIANS, f/k/a         )       ORDER
UNIVERSITY MEDICAL ASSOCIATES, )
BAKER PLACE CLINIC,            )
                               )
          Defendant.           )
_____)
```

This matter is before the Court on the stipulated joint motion to alter progression order dates (Filing No. 44). The Court finds said stipulated motion should be adopted. Accordingly,

IT IS ORDERED:

1) The stipulated joint motion is adopted; plaintiff shall have until June 1, 2007, to serve her expert reports. Defendant shall have until July 2, 2007, to disclose expert witnesses, together with reports.

2) The Rule 104 hearing deadline is extended to August 16, 2007. All other deadlines in the progression order remain in full force and effect.

DATED this 21st day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
     LYLE E. STROM, Senior Judge
     United States District Court