IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
AMY TALLANT,                       )
                                   )
             Plaintiff,            )      8:06CV688
                                   )
        v.                         )
                                   )
UNMC PHYSICIANS, f/k/a             )      ORDER
UNIVERSITY MEDICAL ASSOCIATES,     )
BAKER PLACE CLINIC,                )
                                   )
             Defendant.            )
_____)
```

This matter is before the Court on plaintiff's motion to extend deadline for expert witness reports (Filing No. 49), which was filed on June 1, 2007.  The Court has previously approved extensions of time from May 1, 2007, to June 1, 2007, for the production of such reports.  Plaintiff's motion seeks an extension to June 8, 2007.  Also before the Court is defendant's brief in opposition to plaintiff's motion to extend (Filing No. 52) filed June 11, 2007.  As of that date, the required reports had not been served on the defendant.  The Court finds that plaintiff's motion should be denied.  Accordingly,

IT IS ORDERED that plaintiff's motion to extend deadline for expert witness reports is denied.

DATED this 12th day of June, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court