```
            IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA

AMY TALLANT,                    )
                                )
            Plaintiff,          )       8:06CV688
                                )
      v.                        )
                                )
UNMC PHYSICIANS, f/k/a          )       ORDER
UNIVERSITY MEDICAL ASSOCIATES,  )
BAKER PLACE CLINIC,             )
                                )
            Defendant.          )
_____)
```

This matter is before the Court on the joint stipulation of dismissal with prejudice (Filing No. 67). The Court will approve and adopt the stipulation. Accordingly,

IT IS ORDERED that the joint stipulation is approved and adopted; this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED this 9th day of August, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court